# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO: 3:04CV377

| | | |
|---|---|---|
| **DANIEL WILLIE WRIGHT, JR.,** | **)** | |
| **Plaintiff** | **)** | |
| **vs.** | **)** | |
| | **)** | **ORDER** |
| **ROBERT GRANT,** | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

**THIS MATTER IS BEFORE THE COURT** in preliminary response to the "Defendant's Motion for Summary Judgment" and brief and appendix in support thereof (Document Nos. 23, 24 and 25), filed on October 27, 2005.

In accordance with the dictates of Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the undersigned is required to notify Daniel Willie Wright, Jr., that he has the right to file a response in opposition to the instant motion. Any response filed by Mr. Wright should be accompanied by a brief containing a concise statement of reasons for Mr. Wright's opposition and a citation of authorities upon which he relies. The response may also be accompanied by exhibits, affidavits in opposition to the motion, or other responsive material. Mr. Wright is reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

Any response – including an accompanying brief and any exhibits, affidavits or other responsive material – must be filed no later than **August 25, 2006.** The original and one copy of Mr. Wright's response should be mailed to the Clerk of U.S. District Court, and a copy served upon counsel for the Defendants. Any pleadings presented to this court for filing must be accompanied

by a certificate stating that Mr. Wright has served copies on counsel for the Defendant.

**IT IS, THEREFORE, ORDERED** that Mr. Wright has until **August 25, 2006,** within which to respond further to the "Defendant's Motion for Summary Judgment" and brief and appendix in support thereof (Document Nos. 23, 24 and 25).

Signed: August 4, 2006

David C. Keesler
United States Magistrate Judge