# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV377

| | |
|---|---|
| **DANIEL WILLIE WRIGHT, JR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ROBERT GRANT,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The trial date in the above-titled action is currently set for **October 30, 2006**. In order to allow sufficient time for the undersigned to consider the pending motions, the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is continued to the **February 20, 2007** term of court.

Signed: October 3, 2006

David C. Keesler
United States Magistrate Judge